## Thomas Misuraca *v*. Peter Oleski

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is denied.

*James D. Mirabile,* in support of the petition.

*John F. Murphy, Jr.,* in opposition.

Submitted August 30—decided September 18, 1968

## State of Connecticut *v*. Robert M. Joost

The motion by the defendant for a new trial in the above-entitled matter is dismissed.

The motion by the defendant for dismissal of the warrant and charges against him in the above-entitled matter in the Superior Court in Windham County is dismissed.

*Robert M. Joost,* pro se, in support of the motions.

Decided September 18, 1968